UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOE HAND PROMOTIONS, INC.,
    Plaintiff,

vs.

VITA GLOVER, PHOENIX CIGARS, LLC,
    Defendant(s).

CIVIL ACTION FILE

NO. 1:20-CV-02119-SDG

## DEFAULT JUDGMENT

The defendant(s) VITA GLOVER, PHOENIX CIGARS, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Steven D. Griberg, United States District Judge, by order of 05/28/2022, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff JOE HAND PROMOTIONS, INC., recover from the defendant(s) VITA GLOVER, PHOENIX CIGARS, LLC, the amount of $11,920.00.

Dated at Atlanta, Georgia this 28th day of March, 2022.

                KEVIN P. WEIMER
                CLERK OF COURT

By:   s/Jennifer K. Brown
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
March 28, 2022
Kevin P. Weimer
Clerk of Court

By: s/Jennifer K. Brown
     Deputy Clerk