# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br>Plaintiff,<br><br>vs.<br><br>VITA GLOVER, PHOENIX CIGARS, LLC,<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:20-CV-02119-SDG |

## DEFAULT JUDGMENT

The defendant(s) VITA GLOVER, PHOENIX CIGARS, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Steven D. Griberg, United States District Judge, by order of 03/28/2022, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff JOE HAND PROMOTIONS, INC., recover from the defendant(s) VITA GLOVER, PHOENIX CIGARS, LLC, the amount of $11,920.00.

Dated at Atlanta, Georgia this 29th day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Jennifer K. Brown
         Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office March
29, 2022
Kevin P. Weimer
Clerk of Court

By: s/Jennifer K. Brown
         Deputy Clerk